NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LIFESOUTH COMMUNITY BLOOD )
CENTERS, INC., a Florida nonprofit )
corporation, )
                                  )
             Appellant, )
                                  )
v. )       Case No. 2D18-1203
                                  )
HUTTON MEDICAL SERVICES, LLC, a )
Delaware limited liability company, )
                                  )
             Appellee. )
_____ )

Opinion filed August 30, 2019.

Appeal from the Circuit Court for Pinellas
County; Cynthia Newton, Judge.

Chris W. Altenbernd of Banker Lopez
Gassler P.A., Tampa; and Sylvia H. Walbolt
and Lee H. Rightmyer of Carlton Fields
Jorden Burt, P.A., Tampa, for Appellant.

Kristie Hatcher-Bolin of GrayRobinson,
P.A., Lakeland; and Nicholas B. Wille and
Michael N. Ungar of Ulmer & Berne, LLP,
Cleveland, Ohio, for Appellee.

PER CURIAM.

          Affirmed.

NORTHCUTT, VILLANTI, and BLACK, JJ., Concur.